Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CIERA BENCH, | Case No.: 1:16-cv-19-REB |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| UNIFUND CCR, LLC, an Ohio limited liability company, HOWELL & VAIL, LLP, an Idaho limited liability partnership, | |
| Defendants. | |

COMES NOW the Plaintiff, by and through her counsel of record, Ryan A. Ballard of Ballard Law, PLLC, and Defendants, by and through their counsel of record, Kristoffer R. Sperry of Howell & Vail, LLP, and hereby stipulate and agree that the above-entitled case may be dismissed in its entirety with prejudice. It is further agreed each party is to bear its own costs, expenses, and attorney's fees.

Dated this 19th day of October, 2016.

/s/ Ryan A. Ballard                                   /s/ Kristoffer R. Sperry
Ryan A. Ballard                                       Kristoffer R. Sperry
Attorney for Plaintiff                                Attorney for Defendants

**Stipulation to Dismiss With Prejudice - Page 1 of 1**